**Order entered October 27, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01416-CR
No. 05-16-01417-CR

**SUSAN GAY PRUITT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 380-82407-2014 & 380-82408-2014**

## ORDER

The certifications of the right to appeal filed in these cases are not signed by the trial court. Accordingly, we **ORDER** the trial court to file, within **FOURTEEN DAYS** of the date of this order, supplemental certifications of the right to appeal that are signed by the trial court.

/s/    LANA MYERS
        JUSTICE